RUSSELL S. KINSEY, Respondent, *v.* JOHN F. MEANEY et al.,
Appellants.

*Kinsey* v. *Meaney*, 128 App. Div. 910, affirmed.
(Argued March 17, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
October 17, 1908, affirming a judgment in favor of plaintiff
entered upon a decision of the court at a Trial Term, a jury
having been waived, in an action to recover money alleged to
have been paid upon various illegal contracts for wagers
depending upon the fluctuation in the market prices of
stocks.

*William F. Mackey* for appellants.

*Myron H. Peck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WIL-
LARD BARTLETT and CHASE, JJ. Not sitting: HISCOCK, J.